**JUDGE DAVID G. ESTUDILLO**

**IN THE UNITED STATES DISTRICT COURT,
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY; HOMELAND INSURANCE COMPANY OF NEW YORK; HALLMARK SPECIALTY INSURANCE COMPANY; ASPEN SPECIALTY INSURANCE COMPANY; ASPEN INSURANCE UK LTD.; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND LONDON MARKET COMPANIES SUBSCRIBING TO POLICY NO. PJ193647; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. PJ1900131; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. PJ1933021; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NOS. PD-10364-05 AND PD-11091-00; AND ENDURANCE WORLDWIDE INSURANCE LIMITED (T/AS SOMPO INTERNATIONAL) SUBSCRIVING TO POLICY NO. PJ1900134-A,<br><br>Plaintiffs,<br><br>v.<br><br>CINDY SMITH, in her official capacity as Chief Judge for the Suquamish Tribal Court, ERIC NIELSEN, in his official capacity as | CASE NO. 3:21-cv-05930<br><br>**ORDER GRANTING UNOPPOSED MOTION OF THE SUQUAMISH TRIBE TO INTERVENE AS DEFENDANT**<br><br>**NOTE ON MOTION CALENDAR: MARCH 21, 2022** |

Chief Judge of the Suquamish Tribal Court of Appeals, BRUCE DIDESCH, in his official capacity as Judge of the Suquamish Tribal Court of Appeals, and STEVEN AYCOCK, in his official capacity as Judge of the Suquamish Tribal Court of Appeals,

          Defendants,

  and

THE SUQUAMISH TRIBE, a federally-recognized Indian Tribe,

          Intervenor.

This matter having come before the Court, and the Court having considered the Defendant-Intervenor the Suquamish Tribe's Motion to Intervene, rules as follows:

The Court grants Defendant-Intervenor the Suquamish Tribe leave to intervene pursuant to Rule 24(a)(2) and 24(b)(1) of the Federal Rules of Civil Procedure, as a defendant in this case; and

The Suquamish Tribe shall file its Answer to the Complaint, which was attached as Exhibit A to the Motion to Intervene.

IT IS SO ORDERED.

Dated: this 29th of March, 2022

David G. Estudillo
United States District Judge

Presented by:

DORSEY & WHITNEY LLP

*/s/Benjamin D. Greenberg*
Benjamin D. Greenberg WSBA #44120
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: (206) 903-8800
greenberg.ben@dorsey.com

Skip Durocher MN #0208966 (*pro hac vice pending*)
Andrew Brantingham MN #0389952 (*pro hac vice pending*)
Katie Pfeifer MN #0309709 (*pro hac vice pending*)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
durocher.skip@dorsey.com
brantingham.andrew@dorsey.com
pfeifer.katie@dorsey.com

*Attorneys for Defendant-Intervenor*
*The Suquamish Tribe, a federally recognized Indian Tribe*