JUDGE DAVID G. ESTUDILLO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY; HOMELAND INSURANCE COMPANY OF NEW YORK; HALLMARK SPECIALTY INSURANCE COMPANY; ASPEN SPECIALTY INSURANCE COMPANY; ASPEN INSURANCE UK LTD.; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND LONDON MARKET COMPANIES SUBSCRIBING TO POLICY NO. PJ193647; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. PJ1900131; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. PJ1933021; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NOS. PD-10364-05 AND PD-11091-00; AND ENDURANCE WORLDWIDE INSURANCE LIMITED (T/AS SOMPO INTERNATIONAL) SUBSCRIVING TO POLICY NO. PJ1900134-A, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>CINDY SMITH, in her official capacity as Chief Judge for the Suquamish Tribal Court, | CASE NO. 3:21-cv-05930 - DGE <br><br>**DECLARATION OF SKIP DUROCHER** |

DECLARATION OF SKIP DUROCHER - 1
3:21-cv-05930 - DGE

4862-6972-7260\2

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

ERIC NIELSEN, in his official capacity as Chief Judge of the Suquamish Tribal Court of Appeals, BRUCE DIDESCH, in his official capacity as Judge of the Suquamish Tribal Court of Appeals, and STEVEN AYCOCK, in his official capacity as Judge of the Suquamish Tribal Court of Appeals

Defendants

and

THE SUQUAMISH TRIBE, a federally-recognized Indian Tribe,

Intervenor.

I, Vernle C. "Skip" Durocher, Jr., being over eighteen years of age, declare as follows:

1. I am a partner at the law firm Dorsey & Whitney LLP and am an attorney licensed to practice law and in good standing in the State of Minnesota. I am admitted *pro hac vice* to practice in this Court. I represent the Suquamish Tribe in this matter.

2. I am competent to testify and have personal knowledge of the facts described herein unless specifically stated otherwise.

3. A true and correct copy of the Declaration of Aaron P. Amaral, dated October 26, 2020, and filed in support of the Opposition of the Suquamish Tribe and Port Madison Enterprises to Lexington Insurance Company *et al.'s* (the "Insurers") Motions to Dismiss in Suquamish Tribal Court Case No. 200601-C, along with its accompanying exhibits, is attached hereto as **Exhibit A**.

4. A true and correct copy of the Declaration of Greg Trueb, dated October 26, 2020, and filed in support of the Opposition of the Suquamish Tribe and Port Madison Enterprises to the Insurers' Motions to Dismiss in Suquamish Tribal Court Case No. 200601-C, along with its accompanying exhibits, is attached hereto as **Exhibit B**.

5. A true and correct copy of the Declaration of Michael Klatt, dated October 23,

DECLARATION OF SKIP DUROCHER - 2
3:21-cv-05930 - DGE

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

4862-6972-7260\2

2020, and filed in support of the Opposition of the Suquamish Tribe and Port Madison Enterprises to the Insurers' Motions to Dismiss in Suquamish Tribal Court Case No. 200601-C, along with its accompanying exhibits, is attached hereto as **Exhibit C**.

6. A true and correct copy of the Amended Opinion of the Suquamish Tribal Court of Appeals in Case No. 200601-C (Appeal), dated October 7, 2021, is attached hereto as **Exhibit D**.

7. A true and correct copy of the First Amended Complaint filed by The Suquamish Tribe and Port Madison Enterprises in Suquamish Tribal Court Case No. 200601-C, dated October 13, 2021, is attached hereto as **Exhibit E**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

SIGNED April 27, 2022 in Minneapolis, Minnesota.

							_____
							Vernle C. "Skip" Durocher, Jr.

DECLARATION OF SKIP DUROCHER - 3
3:21-cv-05930 - DGE

4862-6972-7260\2

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820