JUDGE DAVID G. ESTUDILLO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY; HOMELAND INSURANCE COMPANY OF NEW YORK; HALLMARK SPECIALTY INSURANCE COMPANY; ASPEN SPECIALTY INSURANCE COMPANY; ASPEN INSURANCE UK LTD.; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND LONDON MARKET COMPANIES SUBSCRIBING TO POLICY NO. PJ193647; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. PJ1900131; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. PJ1933021; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NOS. PD-10364-05 AND PD-11091-00; AND ENDURANCE WORLDWIDE INSURANCE LIMITED (T/AS SOMPO INTERNATIONAL) SUBSCRIBING TO POLICY NO. PJ1900134-A,<br><br>             Plaintiffs,<br><br>      v. | CASE NO. 3:21-cv-05930 - DGE<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

NOTICE OF WITHDRAWAL OF KATIE PFEIFER
AS COUNSEL FOR THE SUQUAMISH TRIBE
3:21-cv-05930 – DGE

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

CINDY SMITH, in her official capacity as Chief Judge for the Suquamish Tribal Court; ERIC NIELSEN, in his official capacity as Chief Judge of the Suquamish Tribal Court of Appeals; BRUCE DIDESCH, in his official capacity as Judge of the Suquamish Tribal Court of Appeals; and STEVEN AYCOCK, in his official capacity as Judge of the Suquamish Tribal Court of Appeals,

Defendants,

and

THE SUQUAMISH TRIBE, a federally-recognized Indian Tribe,

Intervenor.

Notice is hereby given pursuant to LCR 83.2(b)(3) that Katie Pfeifer hereby withdraws as attorney of record for the Suquamish Tribe in this action. The Tribe's remaining counsel, Skip Durocher, Andrew Brantingham, and Benjamin Greenberg of Dorsey & Whitney LLP, and Timothy Woolsey of the Office of Tribal Attorney, continue in representation of the Suquamish Tribe.

DATED July 21, 2022

DORSEY & WHITNEY LLP
*Withdrawing Attorney for Intervenor The Suquamish Tribe, a federally recognized Indian Tribe*

/s/ Katie Pfeifer
KATIE PFEIFER MN #0309709 (PRO HAC VICE)
PFEIFER.KATIE@DORSEY.COM
**DORSEY & WHITNEY LLP**
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-260

NOTICE OF WITHDRAWAL OF KATIE PFEIFER AS COUNSEL FOR THE SUQUAMISH TRIBE
3:21-cv-05930 – DGE

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

DORSEY & WHITNEY LLP
*Attorneys for Intervenor The Suquamish Tribe, a federally recognized Indian Tribe*

/s/ Skip Durocher
SKIP DUROCHER MN #0208966 (PRO HAC VICE)
DUROCHER.SKIP@DORSEY.COM
ANDREW BRANTINGHAM MN #0389952 (PRO HAC VICE)
BRANTINGHAM.ANDREW@DORSEY.COM
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

/s/ Benjamin D. Greenberg
BENJAMIN D. GREENBERG (WSBA # 44120)
GREENBERG.BEN@DORSEY.COM
**DORSEY & WHITNEY LLP**
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
(206) 903-8800

/s/ Timothy Woolsey
TIMOTHY WOOLSEY
Office of the Tribal Attorney
P.O. Box 498
Suquamish, WA 98392
Telephone: (360) 394-8501
Email: twoolsey@Suquamish.nsn.us

*Attorneys for Intervenor The Suquamish Tribe, a federally recognized Indian Tribe*

NOTICE OF WITHDRAWAL OF KATIE PFEIFER
AS COUNSEL FOR THE SUQUAMISH TRIBE
3:21-cv-05930 – DGE

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be served the foregoing on the following counsel of record by the method indicated:

| | |
|---|---|
| **VIA ECF**<br>Gabriel Baker, WSBA No. 28473<br>Benjamin J. Roesch, WSBA No. 39960<br>JENSEN MORSE BAKER PLLC<br>1809 Seventh Avenue, Suite 410<br>Seattle, WA 98101<br>Telephone: (206) 682-1550<br>Email: gabriel.baker@jmblawyers.com<br>Email: benjamin.roesch@jmblawyers.com<br><br>Richard J. Doren, Admitted PHV<br>Matthew A. Hoffman, Admitted PHV<br>Bradley J. Hamburger, Admitted PHV<br>Daniel R. Adler, Admitted PHV<br>Kenneth H. Oshita, Admitted PHV<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>Email: rdoren@gibsondunn.com<br>Email: mhoffman@gibsondunn.com<br>Email: bhamburger@gibsondunn.com<br>Email: dadler@gibsondunn.com<br>Email: koshita@gibsondun.com<br><br>*Attorneys for Plaintiff Lexington Insurance Company* | **VIA ECF**<br>Michael E. Ricketts, WSBA No. 9387<br>GORDON THOMAS HONEYWELL LLP<br>520 Pike Street, Suite 2350<br>Seattle, WA 98101<br>Telephone: (206) 676-7500<br>Email: mricketts@gth-law.com<br><br>Shannon O'Malley, Admitted PHV<br>Kristin C. Cummings, Admitted PHV<br>Bennett A. Moss, Admitted PHV<br>ZELLE LLP<br>901 Main Street, Suite 4000<br>Dallas TX 75202<br>Telephone: (214) 742-3000<br>Email: somalley@zelle.com<br>Email: kcummings@zelle.com<br>Email: bmoss@zelle.com<br><br>*Attorneys for Plaintiff Homeland Insurance Company of New York* |
| **VIA ECF**<br>Thomas Lether, WSBA No. 18089<br>Eric J. Neal, WSBA No. 31863<br>Kevin J. Kay, WSBA No. 34546<br>Kasie Kashimoto, WSBA No. 54268<br>LETHER LAW GROUP<br>1848 Westlake Avenue North, Suite 100<br>Seattle, WA 98109<br>Telephone: (206) 467-5444 | **VIA ECF**<br>Robert W. Novasky, WSBA No. 21682<br>FORSBERG & UMLAUF, P.S.<br>1102 Broadway, Suite 510<br>Tacoma, WA 98402<br>Telephone: (253) 572-4200<br>Email: rnovasky@foum.law<br><br>*Attorneys for Plaintiffs Certain* |

NOTICE OF WITHDRAWAL OF KATIE PFEIFER
AS COUNSEL FOR THE SUQUAMISH TRIBE
3:21-cv-05930 – DGE

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

| | |
|---|---|
| Email: tlether@letherlaw.com<br>Email: eneal@letherlaw.com<br>Email: kkay@letherlaw.com<br>Email: kkashimoto@letherlaw.com<br><br>*Attorneys for Plaintiffs Hallmark Specialty Insurance Company, Aspen Specialty Insurance Company, and Aspen Insurance UK Ltd.* | *Underwriters at Lloyd's, London and London market companies subscribing to Policy Nos. PJ193647, PJ1900131, PJ1933021, PD-10364-05, PD-11091-00, and PJ1900134-A* |
| **VIA ELECTRONIC MAIL**<br>Cindy Smith<br>CHIEF JUDGE FOR THE SUQUAMISH TRIBAL COURT<br>18490 Suquamish Way, Suite 105<br>Suquamish, WA 98392<br>Telephone: (360) 394-8524<br>Email: csmith@suquamish.nsn.us<br><br>*Defendant Cindy Smith, in her official capacity as Chief Judge for the Suquamish Tribal Court* | **VIA ELECTRONIC MAIL**<br>Eric Nielsen<br>CHIEF JUDGE FOR THE SUQUAMISH TRIBAL COURT OF APPEALS<br>1908 East Madison Street<br>Seattle, WA 98122<br>Telephone: (206) 623-2373<br>Email: NielsenE@nwattorney.net<br><br>*Defendant Eric Nielsen, in his official capacity as Chief Judge for the Suquamish Tribal Court of Appeals* |
| **VIA ELECTRONIC MAIL**<br>Bruce Didesch<br>JUDGE FOR THE SUQUAMISH TRIBAL COURT OF APPEALS<br>P.O. Box 1076<br>Mead, WA 99021<br>Telephone: (509) 951-2609<br>Email: bruce@dideschlaw.com<br><br>*Defendant Bruce Didesch, in his official capacity as Judge for the Suquamish Tribal Court of Appeals* | **VIA ELECTRONIC MAIL**<br>Steven Aycock<br>JUDGE FOR THE SUQUAMISH TRIBAL COURT OF APPEALS<br>7570 West Cherrywood Drive<br>Boise, ID 83704<br>Telephone: (775) 335-9335<br>Email: mjbsreno@gmail.com<br><br>*Defendant Steven Aycock, in his official capacity as Judge of the Suquamish Tribal Court of Appeals* |

X  Via Electronic Mail
X  Via ECF Notification

**Dated this 21st day of July, 2022**

/s/ Katie Pfeifer
Katie Pfeifer

NOTICE OF WITHDRAWAL OF KATIE PFEIFER
AS COUNSEL FOR THE SUQUAMISH TRIBE
3:21-cv-05930 – DGE

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820